# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 13, 2019

## NO. 03-17-00271-CR

**Thomas Ritchie McBride, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM THE 27TH DISTRICT COURT OF BELL COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES GOODWIN AND KELLY
AFFIRMED IN PART; REVERSED AND REMANDED IN PART—
OPINION BY CHIEF JUSTICE ROSE**

This is an appeal from the judgment of conviction entered by the district court. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in a portion of the district court's judgment of conviction. Therefore, the Court affirms the portion of the district court's judgment adjudicating McBride's guilt, reverses the portion of the judgment imposing punishment, and remands this cause for a new punishment hearing. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.